# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA, | : | No. 3:16cr347 |
| --- | --- | --- |
| | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| FRANK J. CAPOZZI, | : | |
| Defendant | : | |

## ORDER

**AND NOW**, to wit, this 25th day of March 2019, it is hereby **ORDERED** that the defendant's motion to suppress (Doc. 111) is hereby **DENIED**.

        **BY THE COURT:**

        **s/ James M. Munley**
        **JUDGE JAMES M. MUNLEY**
        **United States District Court**