# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA, | NO. 3:16-CR-347 |
|---|---|
| v. | (MARIANI, J.) |
| | (SAPORITO, M.J.) |
| FRANK J. CAPOZZI, | |
| Defendant. | |

## ORDER

AND NOW, this 13th day of April, 2020, in accordance with the accompanying Memorandum of this date, IT IS HEREBY ORDERED that the defendant's motion for release from custody (Doc. 240) is DENIED.

*s/Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
U.S. Magistrate Judge

Dated: April 13, 2020