Honorable Judge Robert D. Mariani
William J. Nealon Federal Bldg.
235 North Washington Ave.
Scranton, PA 18501

FILED
SCRANTON
JAN 05 2021
PER _____
DEPUTY CLERK

Frank J. Capozzi #75604067
Tallahatchie Co. Corr. Fac.
19351 US Hwy 49 North
Tutwiler, MS 38963

Dated: 21 DEC 2020
re: Case # 3:16-CR-347

Your Honor:

    I am writing this letter as a Motion to Reconsider Sentence Nunc Pro Tunc as I was sentenced by you to 70 months in the custody of the BOP (Bureau of Prison). I have been placed in the custody of two (2) private prisons by the U.S. Marshalls Service since 29 September 2020.

    These private prisons have not and do not handle the coronavirus infected inmates properly. In Cimarron Corr. Fac. (Cushing, OK), infected inmates were isolated and the others were quarantined but there was no testing to determine if others were sick of were an asymptomatic carrier. While in quarantine, they never, in the 24 days of 38 days there in custody, taken temperatures on a daily basis with the exception of one (1) Monday morning.

    In the above-referenced institution, I have been quarantined three (3) times for 29 days out of the 43 days (as of this writing) here. The institution's medical staff has never tested the inmates in our pod (tier) which has resulted in three findings of positive cases during transfer testing. Without any

- 1 -

proper testing, the medical department does not know if anyone is a carrier or infected needing a period of isolation. The COs feed and do count between E4 (my pod) and E2, a pod that is infected and is posted as a red zone. Certain COs have even brought the meal cart into the "Red Zone" first and then brought into our pod, not to mention that E2 and E4 both share the same ventilation system to circulate the virus.

Your Honor, I am immunodeficient with HEP C, currently on blood pressure medication and obese, all medical conditions that put me in direct risk of the coronavirus. I am heading towards my 64th birthday and the statistics show that more people my age tend to die from this virus, then younger ages.

Your Honor, I am reaching to your humanistic compassionate side to reconsider this sentence and to resentence me to time served before this sentence becomes a death sentence. Even William Barr expressed in September that federal inmates should not be subjected to a death sentence by the coronavirus. Thank you and God bless you!

Respectfully submitted,

[signature]

-2-

JACKSON MS 390
22 DEC 2020 PM 1 L

Hon. Judge Robert S. Mariani
Attn: Court Clerk
William J Nealon Federal Bldg.
235 North Washington Ave.
Scranton, PA 18501

18501-500199

Frank Capozzi #75604067
Tallahatchie Co. Corr. Facility
19351 US Hwy 49 North
Tutwiler, MS 38963

RECEIVED
SCRANTON
JAN 05 2021
PER _____
DEPUTY CLERK

LEGAL MAIL