THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | 3:16-CR-347 |
| | : | (JUDGE MARIANI) |
| FRANK J. CAPOZZI, | : | |
| | : | |
| Defendant. | : | |

ORDER

AND NOW, THIS 13th DAY OF JANUARY, 2025, for the reasons set forth in the Court's accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT** Defendant Frank Capozzi's letter-motion requesting early termination of his supervised release (Doc. 362) is **DENIED**.

Robert D. Mariani
United States District Judge